CT/cvmhrg (January 10, 2002)

HONORABLE M. R. Kravitz

DEPUTY CLERK K. Ghilard, RPTR/ERO/TAPE M. Sherman

TOTAL TIME: 1 hours 10 minutes

DATE NOV 12, 2003    START TIME 9:30    END TIME 10:40

LUNCH RECESS FROM _____ TO _____

RECESS FROM _____ TO _____ (if more than 1/2 hour)

Media Group Inc

CIVIL NO. 3:02cv1814mrk

§
§
§    Plaintiffs Counsel _____
vs.    §
§    ☑ SEE ATTACHED CALENDAR FOR COUNSEL
§
§    Defendants Counsel _____

Tuppatsch

## COURTROOM MINUTES - CIVIL (check one box)

☑ (mhrgh.) Motion Hearing
☐ (contmphrg.) Contempt Hearing
☐ (pchrg.) Probable Cause Hearing
☐ (mischrg.) Miscellaneous Hearing

☐ (confmhrg.) Confirmation Hearing
☐ (evidhrg.) Evidentiary Hearing
☐ (fairhrg.) Fairness Hearing

☐ (showhrg.) Show Cause Hearing
☐ (jgmdbexam.) Judgment Debtor Exam
☐ (stlmthrg.) Settlement Hearing

MOTION
DOCUMENT NO.

| | | | | granted | denied | advisement |
|---|---|---|---|---|---|---|
| ☑ | #26 | Motion | Summary Judgement | ☐ granted | ☐ denied | ☑ advisement |
| ☐ | # | Motion | _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | # | Motion | _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | # | Motion | _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | # | Motion | _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | # | Motion | _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | # | Motion | _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | | Oral Motion | _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | | Oral Motion | _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | | Oral Motion | _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ | | Oral Motion | _____ | ☐ granted | ☐ denied | ☐ advisement |

☐ Brief(s) due _____    ☐ Proposed Findings due _____    Response due

| | filed | docketed |
|---|---|---|

Case from TN Final Dis preclusive effect
Like Decision

☐ filed ☐ docketed
☐ filed ☐ docketed
☐ filed ☐ docketed
☐ filed ☐ docketed
☐ filed ☐ docketed
☐ filed ☐ docketed
☐ filed ☐ docketed
☐ filed ☐ docketed
☐ filed ☐ docketed
☐ filed ☐ docketed

_____ Hearing continued until _____ at _____

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Oral Argument Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
3rd Floor Courtroom #4

Wednesday November 12, 2003
9:30 a.m.

CASE NO.  3-02-cv-1814 Media Group, Inc v Tuppatsch
------------------------------------------------------

COUNSEL OF RECORD:

Kenneth M. Bryant                Miller & Martin, 150 Fourth Ave., North 1200
                                 One Nashville Place, Nashville, TN

Paul Guggina                     Tyler Cooper & Alcorn, Cityplace-35Th Floor,
                                 Hartford, CT 860-725-6200

Michael T. McCormack Def         Tyler Cooper & Alcorn, Cityplace-35Th Floor,
                                 Hartford, CT 860-725-6200

E. Todd Presnell Def             Miller & Martin, 150 Fourth Ave., North 1200
                                 One Nashville Place, Nashville, TN

Alexander H. Schwartz Pla        3695 Post Rd., PO Box 701, Southport, CT
                                 203-255-9829

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK