## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

MEDIA GROUP, INC., NATIONAL
COMMUNICATIONS CORPORATION,
AMERICAN DIRECT MARKETING, INC.,
INTERNATIONAL MEDIA, FELDMAN
INDUSTRIES, INC. AND HERMAN S. HOWARD

     v.                                                    Civil No.  3:02CV1814(MRK)

RAYMOND TUPPATSCH

## **JUDGMENT**

This matter came on for consideration on defendant's motion for summary before the Honorable Mark R. Kravitz, United States District Judge.

The Court has reviewed all of the papers filed in conjunction with the motion and on December 31, 2003, entered a ruling on defendants motion for summary judgement granting the relief.

It is therefore ORDERED and ADJUDGED that  judgment is entered for the defendant's and the case is closed.

Dated at New Haven, Connecticut, this 6th of January, 2004.

                                                                                   KEVIN F.  ROWE, CLERK
                                                                                   By /s/ Kenneth R. Ghilardi
                                                                                       Kenneth R. Ghilardi
                                                                                       Deputy Clerk

EOD: _____