UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Media Group, Inc., et al. | : | |
| | : | |
| Plaintiffs, | : | NO.   3:02cv1814 (MRK) |
| | : | |
| v. | : | |
| | : | |
| | : | |
| Raymond Tuppatsch | : | |
| | : | |
| Defendant. | : | |

**ORDER VACATING JUDGMENT**

In view of the pendency of the defendant's counterclaims, the Judgment [doc. #50], dated January 7, 2004, is hereby **VACATED**.

IT IS SO ORDERED.

/s/      Mark R. Kravitz
U.S.D.J.

Dated at New Haven, Connecticut:  January 8, 2004.