IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| The Media Group, Inc., National Communications Corporation, American Direct Marketing, Inc., International Media, Feldman Industries and Herman S. Howard,<br><br>　　Plaintiffs,<br><br>v.<br><br>Mood Cosmetics, Inc. and Raymond Tuppatsch,<br><br>　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 3:02CV1814 (MRK)<br><br><br><br><br><br><br><br><br>JANUARY 14, 2004 |

## MOTION FOR DISMISSAL OF COUNTERCLAIM

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the defendants hereby move the Court to enter an Order of Dismissal Without Prejudice of the defendants' Counterclaim dated February 11, 2003. In support of this motion, the defendants state the following:

　　1.　　Plaintiffs commenced this action by filing a complaint dated October 11, 2002.

　　2.　　Defendants filed an Answer and Counterclaim on February 11, 2003, denying the material allegations of the plaintiff's complaint and asserting, in their counterclaim, that plaintiffs breached an Agreement and General Release dated February 4, 2000 signed by Herman Howard individually and on behalf of the plaintiffs.

3. Plaintiffs filed a Reply and Answer to Counterclaim dated September 17, 2003, denying the material allegations in the defendants' Counterclaim.

4. On October 1, 2003, the Court granted the defendant, Mood Cosmetics Inc.'s ("Mood"), Motion to Dismiss the Complaint filed against Mood.

5. On December 31, 2003, the Court granted the defendant, Raymond Tuppatsch's, Motion for Summary Judgment as to all counts of the plaintiffs' Complaint.

6. Since there is no complaint filed by the plaintiffs presently pending, the defendants wish to withdraw their Counterclaim without prejudice. A proposed Order of Dismissal is attached hereto.

7. The undersigned counsel for the defendants contacted Alexander Schwartz, counsel for the plaintiffs, to inquire whether the plaintiffs will stipulate to a dismissal of the counterclaim without prejudice. The undersigned counsel was informed by Attorney Schwartz that the plaintiffs will not stipulate to a dismissal without prejudice. See Exhibit A.

8. In light of the Court's ruling on the defendant's Motion for Summary Judgment and Motion to Dismiss and the fact that no claims remain pending against the defendants, the defendants respectfully request the Court to dismiss their Counterclaim dated February 11, 2003 without prejudice.

WHEREFORE the defendants respectfully request that their motion be granted.

                                                THE DEFENDANTS,
RAYMOND TUPATASCH AND
MOOD COSMETICS

_____
Michael T. McCormack ct 13799
Tyler Cooper & Alcorn, LLP
185 Asylum Street
35th Floor
Hartford, CT 06103-3488
Telephone: 860-725-6200
Facsimile: 860-278-3802
**mmccormack@tylercooper.com**
THEIR ATTORNEY


MILLER & MARTIN LLP
Kenneth M. Bryant, ct 24537
E. Todd Presnell, ct 24536
1200 One Nashville Place
150 Fourth Avenue North
Nashville, Tennessee 37219
Telephone: 615-244-9270
Facsimile: 615-256-8197

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| The Media Group, Inc., National Communications Corporation, American Direct Marketing, Inc., International Media, Feldman Industries and Herman S. Howard, <br><br> Plaintiffs, <br><br> v. <br><br> Mood Cosmetics, Inc. and Raymond Tuppatsch, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 3:02CV1814 (MRK) <br><br><br> JANUARY 14, 2004 |

## ORDER OF DISMISSAL OF COUNTERCLAIM

Having considered the Defendants' Motion for Dismissal of Counterclaim, it is hereby ORDERED that said Motion be, and is hereby, GRANTED. Defendants' Counterclaim is dismissed without prejudice.

SO ORDERED this ___ day of ____, 2004.

_____
Mark R. Kravitz
United States District Court Judge

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing was sent by facsimile and U.S. Mail, first class postage prepaid, to Alexander H. Schwartz, Esq., 3695 Post Road, Post Office Box 701, Southport, Connecticut 06480-0701, on this 14th day of January 2004.

                                                    Michael T. McCormack

DH00000529V001.doc

Exhibit A



**Tyler Cooper & Alcorn, LLP**

*Counsellors at Law*

Michael T. McCormack
860.725.6279
Fax: 860.278.3802
mmccormack@tylercooper.com
www.tylercooper.com

185 Asylum Street
CityPlace / 35th Floor
Hartford, CT
06103-3488
860.725.6200

New Haven
Hartford
Stamford
Madison

January 13, 2004

VIA FACSIMILE AND U.S. MAIL 203-255-9839

Alexander H. Schwartz, Esq.
3695 Post Road, Suite 203
P.O. Box 701
Southport, CT 06890-0701

Re:   The Media Group et al. v. Mood Cosmetics et al.

Dear Attorney Schwartz:

This will memorialize our telephone conference of January 13, 2004, during which you advised me that you and your client will not stipulate to a dismissal without prejudice of the defendants' counterclaim in the above matter. Accordingly, we will be filing a motion for order of dismissal without prejudice and we will represent to the court that you do no not consent to the motion. If my understanding is incorrect or if your position changes, please let me know.

Sincerely,

Michael T. McCormack

cc:   E. Todd Presnell