**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**


Media Group, Inc., et al.                      :
                                               :
                    Plaintiffs,     :          NO.     3:02cv1814 (MRK)
                                               :
v.                                             :
                                               :
                                               :
Raymond Tuppatsch                   :
                                               :
                    Defendant.      :


<u>**ORDER OF DISMISSAL OF COUNTERCLAIM**</u>


    Having considered the Defendants' Motion For Dismissal Of Counterclaim [doc. #52], dated

January 14, 2004, it is hereby ORDERED that said Motion be, and is hereby, **GRANTED**.

Defendants' Counterclaim is dismissed without prejudice.


                    IT IS SO ORDERED,



            /s/ _____Mark R. Kravitz_____
                            U.S.D.J.


Dated at New Haven, Connecticut: <u>January 23, 2004</u>.