UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MEDIA GROUP, INC., NATIONAL
COMMUNICATIONS CORPORATION,
AMERICAN DIRECT MARKETING, INC.,
INTERNATIONAL MEDIA, FELDMAN
INDUSTRIES, INC. AND HERMAN S. HOWARD

     v.

MOOD COSMETICS, INC.
AND RAYMOND TUPPATSCH

Civil No.  3:02CV1814(MRK)

## JUDGMENT

This matter came on for consideration on defendant's motion for summary judgment before the Honorable Mark R. Kravitz, United States District Judge.

The Court has reviewed all of the papers filed in conjunction with the motion and on December 31, 2003, entered a ruling on defendants motion for summary judgment granting the relief.

On January 14, 2004 defendant's motion the court to enter and order of dismissal without prejudice of the defendants' counterclaim (doc #52).  On January 23, 2004 the Court issued an order dismissing the defendant's counterclaim.

It is therefore ORDERED and ADJUDGED that  judgment is entered for the defendant's and the case is closed.

Dated at New Haven, Connecticut, this 26th of January, 2004.

    KEVIN F.  ROWE, CLERK

    By /s/ Kenneth R. Ghilardi
       Kenneth R. Ghilardi
       Deputy Clerk

EOD: _____